```
1   Karen S. Hobbs (DC Bar No.469817)
    Jody Goodman (DC Bar No. 404879)
2   James Evans (VA Bar No. 83866)
    Federal Trade Commission
3   600 Pennsylvania Ave., NW, Mailstop CC-8528
    Washington, DC 20580
4   (202) 326-3587 / khobbs@ftc.gov
    (202) 326-3096 / jgoodman1@ftc.gov
5   (202) 326-2026 / james.evans@ftc.gov
    (202) 326-3395 (fax)
6
    Attorneys for Plaintiff
7   Federal Trade Commission
```

Karen S. Hobbs (DC Bar No.469817)
Jody Goodman (DC Bar No. 404879)
James Evans (VA Bar No. 83866)
Federal Trade Commission
600 Pennsylvania Ave., NW, Mailstop CC-8528
Washington, DC 20580
(202) 326-3587 / khobbs@ftc.gov
(202) 326-3096 / jgoodman1@ftc.gov
(202) 326-2026 / james.evans@ftc.gov
(202) 326-3395 (fax)

Attorneys for Plaintiff
Federal Trade Commission

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Federal Trade Commission**, | No. CV-17-02535-PHX-DJH |
| Plaintiff, | **Notice of Service of Discovery** |
| v. | |
| **Electronic Payment Solutions of America, Inc., et al.**, | |
| Defendants. | |

Pursuant to Local Rule 5.2, the undersigned counsel for the Federal Trade Commission hereby certifies that on May 6, 2019, I served a copy of the FTC's Fifth Supplemental Responses to the Court's MIDP Requests by PDF email attachment (with consent) on the attorneys and party listed below:

Derek Young
Justin Kaplan
Kaplan Young & Moll Parrón PLLC
600 Brickell Ave., Suite 1715
Miami, FL 33131
(305) 531-2424
(305) 531-2405 (fax)
dyoung@kymplaw.com
jkaplan@kymplaw.com

*Attorneys for Defendants Electronic Payment Solutions of America Inc., Electronic Payment Services Inc., and Jay Wigdore*

Scotty P. Krob
Krob Law Office LLC
8400 E. Prentice Ave., Penthouse
Greenwood Village, CO 80111
(303) 694-0099
(303) 694-5005 (fax)
scott@kroblaw.com

*Attorneys for Defendants Electronic Payment Systems, LLC and Electronic Payment Transfer, LLC*

| | |
|---|---|
| Booker T. Evans<br>btelaw@outlook.com<br><br>*Attorney for Cross-Claim Defendants Dynasty Merchants LLC and Nikolas Mihilli*<br><br>Michael Peterson<br>17406 W. Maplewood Ave.<br>Littleton, CO 80127<br>mikeypeterson@hotmail.com<br><br>*Defendant Pro Se*<br><br><br>Dated: May 7, 2019 | Christopher Lindstrom<br>Potts Law Firm LLP<br>3737 Buffalo Speedway, Suite 1900<br>Houston, TX 77098<br>(713) 963-8881<br>(713) 583-5388 (fax)<br>clindstrom@potts-law.com<br><br>T. Micah Dortch<br>Potts Law Firm LLP<br>2911 Turtle Creek Blvd., Suite 1000<br>Dallas, TX 75219<br>(214) 396-9427<br>(713) 583-5388 (fax)<br>mdortch@potts-law.com<br><br>*Attorneys for Defendants John Dorsey and Thomas McCann*<br><br>Respectfully submitted,<br><br>　/s/ James Evans<br>Karen S. Hobbs<br>Jody Goodman<br>James Evans<br>Federal Trade Commission<br>600 Pennsylvania Ave., NW<br>Mailstop CC-8528<br>Washington, DC 20580<br>(202) 326-3587 / khobbs@ftc.gov<br>(202) 326-3096 / jgoodman1@ftc.gov<br>(202) 326-2026 / james.evans@ftc.gov<br><br>Attorneys for Plaintiff<br>Federal Trade Commission |

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2019, I electronically filed the foregoing Notice of Service of Discovery with the Clerk of the Court using CM/ECF. And I hereby certify that I will cause a copy of the same to be served on the following,[*] in the manner specified below:

**Via CM/ECF**

Derek Young
Justin Kaplan
Kaplan Young & Moll Parrón PLLC
600 Brickell Ave., Suite 1715
Miami, FL 33131
(305) 531-2424
(305) 531-2405 (fax)
dyoung@kymplaw.com
jkaplan@kymplaw.com

*Attorneys for Defendants Electronic Payment Solutions of America Inc., Electronic Payment Services Inc., and Jay Wigdore*

Booker T. Evans
btelaw@outlook.com

*Attorney for Cross-Claim Defendants Dynasty Merchants LLC and Nikolas Mihilli*

Scotty P. Krob
Matthew Z. Krob
Krob Law Office LLC
8400 E. Prentice Ave., Penthouse
Greenwood Village, CO 80111
(303) 694-0099
(303) 694-5005 (fax)
scott@kroblaw.com
matt@kroblaw.com

*Attorneys for Defendants Electronic Payment Systems, LLC and Electronic Payment Transfer, LLC*

Christopher Lindstrom
Potts Law Firm LLP
3737 Buffalo Speedway, Suite 1900
Houston, TX 77098
(713) 963-8881
(713) 583-5388 (fax)
clindstrom@potts-law.com

T. Micah Dortch
Potts Law Firm LLP
2911 Turtle Creek Blvd., Suite 1000
Dallas, TX 75219
(214) 396-9427
(713) 583-5388 (fax)
mdortch@potts-law.com

*Attorneys for Defendants John Dorsey and Thomas McCann*

**Via Email (with consent)**

Michael Peterson
17406 W. Maplewood Ave.
Littleton, CO 80127
mikeypeterson@hotmail.com

*Defendant Pro Se*

                /s/ James Evans
                James Evans

---

[*] Settling Defendants KMA Merchant Services, LLC, and Michael Abdelmesseh need not be served because they have resolved the claims against them. *See* Docket No. 108.

3